IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

   and

THE STATE OF ILLINOIS,

        Plaintiffs,

   v.

CITY OF CAHOKIA HEIGHTS, ILLINOIS,

        Defendant.

**CONSENT DECREE**

**APPENDIX A**

**CONSENT DECREE**
**Appendix A: Early Action Capital Improvement Projects**

| | 1. Group 1 Projects | | | | | |
|---|---|---|---|---|---|---|
| | The below schedule includes a large number of individual projects. If schedule delays are caused by events or third parties outside of the City's control, the City may submit a request to EPA for a one-time extension per project of up to 90 days. The City must request an extension under this provision at least 30 days prior to the listed project deadline. Extensions under this provision, including the length of the extension, may be granted in EPA's sole unreviewable discretion, after consultation with the State. This provision does not affect the City's ability to seek relief under Section XII of the Consent Decree (Force Majeure) or to seek a modification to the applicable schedule under Section IX (Funding) or Section XX (Modification). | | | | | |
| No. | Project type | Location | Project Summary | Completion date | Estimated or Final Cost [final cost if finished; estimated if in future] | Anticipated funding source(s) |
| 1 | Lift Station Replace | Beachland | Replacement/Major Rehab - new wetwell, valve vault, pumps, control panel, valves, electrical connections, fencing | 12/31/2025 | $ 198,800.00 | IEPA Grant |
| 2 | Lift Station Replace | 63rd Street & Laura Avenue | Replacement/Major Rehab - new wetwell, valve vault, pumps, control panel, valves, electrical connections, fencing | 12/31/2025 | $ 198,800.00 | IEPA Grant |
| 3 | Lift Station Replace | N. 73rd Street | Replacement/Major Rehab - new wetwell, valve vault, pumps, control panel, valves, electrical connections, fencing | 12/31/2025 | $ 205,900.00 | IEPA Grant |
| 4 | Lift Station Replace | N. 73rd Street & Oakland Avenue | Replacement/Major Rehab - new wetwell, valve vault, pumps, control panel, valves, electrical connections, fencing | 12/31/2025 | $ 213,000.00 | IEPA Grant |
| 5 | Lift Station Replace | N. 75th Street & Pershing (LS#39) | Replacement/Major Rehab - new wetwell, valve vault, pumps, control panel, valves, electrical connections, fencing | 12/31/2025 | $ 205,900.00 | IEPA Grant |
| 6 | Lift Station Replace | N. 71st Street & Ames Drive | Replacement/Major Rehab - new wetwell, valve vault, pumps, control panel, valves, electrical connections, fencing | 12/31/2025 | $ 213,000.00 | IEPA Grant |
| 7 | Lift Station Replace | Park Place (Lake Drive Pill Box) | Replacement/Major Rehab - new wetwell, valve vault, pumps, control panel, valves, electrical connections, fencing | 12/31/2025 | $ 213,000.00 | IEPA Grant |
| 8 | Lift Station Rehab | Ames Drive (Willie Holmes Pill Box) | Full Rehab - new pumps, control panel, valves, guide rails, level probes, electrical connections | 12/31/2025 | $ 142,000.00 | IEPA Grant |
| 9 | Lift Station Rehab | Cooper Drive | Full Rehab - new pumps, control panel, valves, guide rails, level probes, electrical connections | 12/31/2025 | $ 142,000.00 | IEPA Grant |
| 10 | Lift Station Rehab | Ellen & Richard Streets | Full Rehab - new pumps, control panel, valves, guide rails, level probes, electrical connections | 12/31/2025 | $ 142,000.00 | IEPA Grant |
| 11 | Lift Station Rehab | Hutchings Street | Full Rehab - new pumps, control panel, valves, guide rails, level probes, electrical connections | 12/31/2025 | $ 142,000.00 | IEPA Grant |
| 12 | Lift Station Rehab | Ellen & Williams Streets | Full Rehab - new pumps, control panel, valves, guide rails, level probes, electrical connections | 12/31/2025 | $ 142,000.00 | IEPA Grant |
| 13 | Lift Station Rehab | Williams & Kay Streets | Minor Rehab - new guide rails, level probes, control panel components & repairs | 12/31/2025 | $ 42,600.00 | IEPA Grant |
| 14 | Lift Station Rehab | LaSalle Drive | Full Rehab - new pumps, control panel, valves, guide rails, level probes, electrical connections | 12/31/2025 | $ 142,000.00 | IEPA Grant |
| 15 | Lift Station Replace | Donald Street | Replacement/Extensive Rehab - new wetwells, valve vault, pumps, control panels, valves, electrical connections, force main | 12/31/2025 | $ 85,200.00 | IEPA Grant |
| 16 | Lift Station Replace | Miskell Boulevard | Replacement/Extensive Rehab - new wetwells, valve vault, pumps, control panels, valves, electrical connections, force main | 12/31/2025 | $ 71,000.00 | IEPA Grant |
| 17 | Lift Station Replace | 82nd and Bluff | Replacement/Extensive Rehab - new wetwells, valve vault, pumps, control panels, valves, electrical connections, force main | 2023 | $ 188,871.00 | City/St. Clair County Intergovernmental Grant |
| 18 | Lift Station Replace | 82nd and Belleview | Replacement/Extensive Rehab - new wetwells, valve vault, pumps, control panels, valves, electrical connections, force main | 2023 | $ 188,871.00 | City/St. Clair County Intergovernmental Grant |
| 19 | Lift Station Rehab | Pocket Rd | Full Rehab - new pumps, control panel, valves, guide rails, level probes, electrical connections | 2023 | $ 103,000.00 | City/St. Clair County Intergovernmental Grant |
| 20 | Lift Station Replace | 42nd and Market | Replacement/Major Rehab - new wetwell, valve vault, pumps, control panel, valves, electrical connections, fencing | 2023 | $ 163,902.44 | City/St. Clair County Intergovernmental Grant |
| 21 | Lift Station Replace | Old Missouri and 59th (Lady of the Snows) | Replacement/Major Rehab - new wetwell, valve vault, pumps, control panel, valves, electrical connections, fencing | 2023 | $ 199,231.25 | City/St. Clair County Intergovernmental Grant |
| 22 | Lift Station Rehab | Jackson St | Full Rehab - new pumps, control panel, valves, guide rails, level probes, electrical connections | 2023 | $ 120,457.76 | City/St. Clair County Intergovernmental Grant |
| 23 | Lift Station Rehab | Johnson Lane | Full Rehab - new pumps, control panel, valves, guide rails, level probes, electrical connections | 2023 | $ 116,347.62 | City/St. Clair County Intergovernmental Grant |
| 24 | Lift Station Replace | Old Missouri Ave (Mary Ryans) | Replacement/Extensive Rehab - new wetwells, valve vault, pumps, control panels, valves, electrical connections, force main | 2023 | $ 209,000.00 | City/St. Clair County Intergovernmental Grant |
| 25 | Lift Station Rehab | 53rd and Market | Minor Rehab - new guide rails, level probes, control panel components & repairs | 7/1/2026 | $ 14,200.00 | TBD |
| 26 | Lift Station Rehab | 43rd & Tudor | Full Rehab - new pumps, control panel, valves, guide rails, level probes, electrical connections | 7/1/2026 | $ 142,000.00 | IEPA Grant |
| 27 | Lift Station Rehab | 56th & Russell | Full Rehab - new pumps, control panel, valves, guide rails, level probes, electrical connections | 7/1/2026 | $ 142,000.00 | IEPA Grant |

| # | Type | Location | Description | Date | Amount | Funding Source |
|---|---|---|---|---|---|---|
| 28 | Lift Station Replace | Falling Springs Rd (100 Block of Judith) | Replacement/Extensive Rehab - new wetwells, valve vault, pumps, control panels, valves, electrical connections, force main | 7/1/2026 | $ 92,300.00 | IEPA Grant |
| 29 | Lift Station Rehab | Judith Lane | Full Rehab - new pumps, control panel, valves, guide rails, level probes, electrical connections | 7/1/2026 | $ 142,000.00 | IEPA Grant |
| 30 | Lift Station Rehab | Judith Lane (Bruce Street) | Full Rehab - new pumps, control panel, valves, guide rails, level probes, electrical connections | 7/1/2026 | $ 142,000.00 | IEPA Grant |
| 31 | Lift Station Rehab | School St. (Credit Union) | Full Rehab - new pumps, control panel, valves, guide rails, level probes, electrical connections | 7/1/2026 | $ 142,000.00 | IEPA Grant |
| 32 | Lift Station Replace | St. John Dr. (DePaul) | Replacement/Extensive Rehab - new wetwells, valve vault, pumps, control panels, valves, electrical connections, force main | 7/1/2026 | $ 85,200.00 | Illinois Dept. of Commerce and Economic Opportunity |
| 33 | Lift Station Replace | Edgar Street | Replacement/Extensive Rehab - new wetwells, valve vault, pumps, control panels, valves, electrical connections, force main | 7/1/2026 | $ 80,940.00 | IEPA Grant |
| 34 | Lift Station Rehab | Falling Springs Rd. (Shack) | Full Rehab - new pumps, control panel, valves, guide rails, level probes, electrical connections | 7/1/2026 | $ 142,000.00 | Illinois Dept. of Commerce and Economic Opportunity |
| 35 | Lift Station Rehab | Hissrich Blvd. (Singer) | Full Rehab - new pumps, control panel, valves, guide rails, level probes, electrical connections | 7/1/2026 | $ 142,000.00 | Illinois Dept. of Commerce and Economic Opportunity |
| 36 | Lift Station Replace | St. Andrews Dr. | Replacement/Extensive Rehab - new wetwells, valve vault, pumps, control panels, valves, electrical connections, force main | 7/1/2026 | $ 85,200.00 | IEPA Grant |
| 37 | Lift Station Replace | St. Margaret Dr. | Replacement/Extensive Rehab - new wetwells, valve vault, pumps, control panels, valves, electrical connections, force main | 7/1/2026 | $ 71,000.00 | Illinois Dept. of Commerce and Economic Opportunity |
| 38 | Lift Station Replace | St. Monica Dr. | Replacement/Major Rehab - new wetwell, valve vault, pumps, control panel, valves, electrical connections, fencing | 7/1/2026 | $ 213,000.00 | City/St. Clair County Intergovernmental Grant |
| 39 | Lift Station Rehab | David St. (State Lottery) | Full Rehab - new pumps, control panel, valves, guide rails, level probes, electrical connections | 7/1/2026 | $ 142,000.00 | IEPA Grant |
| 40 | Lift Station Replace | 51st & Market | Replacement/Major Rehab - new wetwell, valve vault, pumps, control panel, valves, electrical connections, fencing | 7/1/2024 | $ 205,900.00 | City/St. Clair County Intergovernmental Grant |
| 41 | Lift Station Replace | East Adams Dr. (Bridgedale) | Replacement/Major Rehab - new wetwell, valve vault, pumps, control panel, valves, electrical connections, fencing | 7/1/2024 | $ 205,900.00 | City/St. Clair County Intergovernmental Grant |
| 42 | Lift Station Rehab | Superior Dr. | Full Rehab - new pumps, control panel, valves, guide rails, level probes, electrical connections | 7/1/2026 | $ 142,000.00 | Illinois Dept. of Commerce and Economic Opportunity |
| 43 | Lift Station Replace | Lauralee & Violet | Replacement/Extensive Rehab - new wetwells, valve vault, pumps, control panels, valves, electrical connections, force main | 6/1/2026 | $ 1,192,800.00 | Illinois Dept. of Commerce and Economic Opportunity |
| 44 | Lift Station Replace | 75th and Clinton | Replacement/Major Rehab - new wetwell, valve vault, pumps, control panel, valves, electrical connections, fencing | 7/1/2025 | $ 205,900.00 | City/St. Clair County Intergovernmental Grant |
| 45 | Lift Station Rehab | City Hall (rear) | Minor Rehab - new guide rails, level probes, control panel components & repairs | 12/31/2026 | $ 70,000.00 | Illinois Dept. of Commerce and Economic Opportunity |
| 46 | Lift Station Rehab | David St. (Quickway) | Minor Rehab - new guide rails, level probes, control panel components & repairs | 7/1/2026 | $ 60,000.00 | TBD |
| 47 | Lift Station Rehab | Upper Cahokia Rd. (VFW) | Minor Rehab - new guide rails, level probes, control panel components & repairs | 12/31/2026 | $ 40,000.00 | TBD |
| 48 | Lift Station Rehab | Blue Water Lane | Minor Rehab - new guide rails, level probes, control panel components & repairs | 12/31/2026 | $ 20,000.00 | TBD |
| 49 | Lift Station Rehab | Delores St. (Carol Rd.) | Minor Rehab - new guide rails, level probes, control panel components & repairs | 12/31/2026 | $ 100,000.00 | IEPA Grant |
| 50 | Lift Station Rehab | Greystone Dr. and Old Missouri Ave | Minor Rehab - new guide rails, level probes, control panel components & repairs | 12/31/2026 | $ 130,000.00 | TBD |
| 51 | Lift Station Rehab | Church Rd | Minor Rehab - new guide rails, level probes, control panel components & repairs | 12/31/2026 | $ 20,000.00 | TBD |
| 52 | Lift Station Rehab | Jerome & Mousette (Station 5a) | Minor Rehab - new guide rails, level probes, control panel components & repairs | 12/31/2026 | $ 50,000.00 | TBD |
| 53 | Lift Station Rehab | Jerome & Mousette (Station 5) | Minor Rehab - new guide rails, level probes, control panel components & repairs | 12/31/2026 | $ 40,000.00 | TBD |
| 54 | Sewer Repairs | St. Maud | Replace 30 linear feet, Clean TV, CIPP 330 linear feet | 8/10/2025 | $ 78,810.00 | IEPA Grant |
| 55 | Sewer Repairs | N. 63rd Street | Replace 20 linear feet, Clean TV and CIPP 165 linear feet | 5/1/2024 | $ 96,000.00 | IEPA Grant |
| 56 | Sewer Repairs | N. 73rd Street | Replace 20 linear feet, Clean TV and CIPP 402 linear feet | 5/1/2024 | $ 110,000.00 | IEPA Grant |

| # | Type | Location | Description | Date | Cost | Funding |
|---|---|---|---|---|---|---|
| 57 | Sewer Repairs | St. Zita Lane | Replace 30 linear feet, Clean, TV, CIPP 244 linear feet | 10/1/2024 | $ 93,500.00 | IEPA Grant |
| 58 | Sewer Repairs | Cooper Drive | Replace 20 linear feet, Clean, TV 262 linear feet (USACE project has the CIPP) | 10/1/2024 | $ 110,600.00 | IEPA Grant |
| 59 | Sewer Repairs | Mildred | Replace 513 linear feet | 10/1/2024 | $ 303,300.00 | IEPA Grant |
| 60 | Sewer Repairs | LaSalle | Replace 40 linear feet, Clean, TV, CIPP 613 linear feet | 10/1/2024 | $ 126,765.00 | IEPA Grant |
| 61 | Sewer Repairs | Blue Water Lane | Replace 30 linear feet, Clean, TV, CIPP 263 linear feet | 10/1/2024 | $ 78,870.00 | IEPA Grant |
| 62 | Sewer Repairs | Kenneth Street | Replace 90 linear feet, Clean, TV, CIPP 334 linear feet | 10/1/2024 | $ 176,385.00 | IEPA Grant |
| 63 | Sewer Repairs | Parklane Drive | Replace 20 linear feet, Clean TV CIPP 75 linear feet | 10/1/2024 | $ 68,600.00 | IEPA Grant |
| 64 | Sewer Repairs | Halloran Street | Replace 50 linear feet, Clean , TV CIPP 309 linear feet | 10/1/2024 | $ 123,380.00 | IEPA Grant |
| 65 | Sewer Repairs | White Street | Replace 130 linear feet, Clean TV, CIPP 1026 linear feet | 10/1/2024 | $ 261,570.00 | IEPA Grant |
| 66 | Sewer Repairs | Edwards Street (Rear Easement) | Replace 30 linear feet, Clean, TV, CIPP 350 linear feet | 8/1/2025 | $ 85,342.00 | IEPA Grant |
| 67 | Sewer Repairs | Nadine Street | Replace 20 linear feet, Clean TV CIPP 170 linear feet | 8/1/2025 | $ 72,988.00 | IEPA Grant |
| 68 | Sewer Repairs | St. Margaret Drive | Replace 80 linear feet, Clean, TV, CIPP 300 linear feet | 8/1/2025 | $ 153,076.00 | IEPA Grant |
| 69 | Sewer Repairs | Edwards (Side Easement) | Replace 40 linear feet, Clean, TV, CIPP 660 linear feet | 8/1/2025 | $ 115,588.00 | IEPA Grant |
| 70 | Sewer Repairs | St. Henry @ St. Margaret | Replace 20 linear feet, Clean, TV, CIPP 400 linear feet | 8/1/2025 | $ 85,910.00 | IEPA Grant |
| 71 | Sewer Repairs | Edgar Street | Replace 70 linear feet, Clean, TV, CIPP 800 linear feet | 8/1/2025 | $ 172,388.00 | IEPA Grant |
| 72 | Sewer Repairs | Mississippi Avenue | Replace 30 linear feet, Clean TV, CIPP 330 linear feet | 8/1/2025 | $ 80,372.00 | IEPA Grant |
| 73 | Sewer Repairs | Judith Lane | Replace 40 linear feet, Clean, TV, CIPP 360 linear feet | 8/1/2025 | $ 87,756.00 | IEPA Grant |
| 74 | Sewer Repairs | St. Patrick Blvd | Replace 10 linear feet, Clean, TV, CIPP 330 linear feet | 8/1/2025 | $ 87,756.00 | IEPA Grant |
| 75 | Sewer Repairs | Bond Avenue | Replace 20 linear feet, Clean TV, CIPP 185 linear feet | 2023 | $ 63,758.00 | Illinois Dept. of Commerce and Economic Opportunity |
| 76 | Sewer Repairs | Howell Avenue & Ellen Street (Range Ln) | Replace 30 linear feet, Clean TV, CIPP 300 linear feet | 8/1/2025 | $ 113,458.00 | IEPA Grant |
| 77 | Interim Alternatives Evaluation | 82nd Street Area | Complete the interim alternative investigation in accordance with the plan submitted under the Revised Dry-Weather SSO Corrective Action Plan dated 3/8/2024 | 7/31/2024 | $ 25,000.00 | City Funds |
| 78 | Interim Alternative Feasibility Study Report | 82nd Street Area | In accordance with the June 2024 Revised Dry-Weather SSO Corrective Action Plan, develop and submit an interim alternative feasability study report, including the city's proposed interim alterative. The feasibility study report shall include cost estimates for all assessed alternatives and a detailed schedule to implement the city's proposed alternative, upon EPA's approval. | 8/30/2024 | Included in Interim Alternatives Evaluation | City Funds |
| 79 | Implement Interim Alternative(s) | 82nd Street Area | Implement the selected alternative upon EPA's approval, in accordance with the approved schedule. | Per EPA approved schedule | TBD | TBD |

| 2. Preliminary Group 2 Project Plan | | | | | | |
|---|---|---|---|---|---|---|
| Note: By December 31, 2024, Cahokia Heights shall complete and submit to EPA and IEPA, for review and approval, an updated Group 2 Project Plan, including a detailed list of projects under each category below. Cahokia Heights may propose, for EPA and IEPA approval, changes to the project categories and schedules provided below. | | | | | | |
| No. | Project category | Location | Project Summary | Completion date | Estimated Cost | Funding source(s) |
| 80 | Clean, TV, CIPP Lining | Jerome Lane to Racehorse Drive (Main Trun | Clean, TV, and CIPP 22,750 linear feet | TBD* | $ 2,300,000.00 | TBD |
| 81 | East/West Interceptor -- Prelim Design | | ** See below | 12/31/2024 | $ 250,000.00 | Expected in FY 2023 Congressionally Directed Spending |
| 82 | East/West Interceptor | Along northern boundary of City, and south along availableright of way to trunkline | 10 new pump stations, 4 modified pump stations, 41,000 linear feet of new force main, RR and highway crossings/borings | 12/31/2028 | $ 13,415,000.00 | Illinois Dept. of Commerce and Economic Opportunity, FY 2023 Congressionally Directed Spending, and Expected 2025 Congressionally Directed Spending |
| 83 | New Controls and Telemetry | All 69 lift stations | | 12/31/2026 | $ 1,725,000.00 | Illinois Dept. of Commerce and Economic Opportunity, Expected 2025 Congressionally Directed Spending |
| 84 | Lift Station Rehab or Replace | 5 lift stations in various locations | Minor Rehab - new guide rails, level probes, control panel components & repairs | 12/31/2026 | $ 600,000.00 | Illinois Dept. of Commerce and Economic Opportunity |

* The Parties understand that the City has submitted funding requests for the cleaning, televising, and lining of the trunkline project in partnership with the U.S. Army Corps of Engineers. If such funding requests are legislatively approved, one or more components of the trunkline project may be constructed or managed by the U.S. Army Corps of Engineers. Any such components of the trunkline project constucted or managed by the U.S. Army Corps of Engineers shall not be subject to the requirements of this Consent Decree.

** East/West Interceptor:
The City shall complete preliminary design for an interceptor sewer to redirect flow from neighborhoods currently discharging to the sewer system owned by the City of East St. Louis. The project, conceptually, would consist of multiple new pump stations to intercept flows currently draining via gravity lines north into East St. Louis' sewer system, new force mains from these new pump stations to redirect these intercepted flows to the south into Cahokia Heights' sewer system, and modifications to existing pump stations in the Cahokia Heights system to accept the increased flows. By December 31, 2024, the City shall submit to EPA and the State for review and approval the preliminary design and proposed plan for construction of the interceptor sewer, including interim deadlines. The Parties understand that the City has submitted funding requests for the interceptor project in partnership with the U.S. Army Corps of Engineers. If such funding requests are legislatively approved, one or more components of the interceptor project may be constructed or managed by the U.S. Army Corps of Engineers. Any such components of the interceptor project constructed or managed by the U.S. Army Corps of Engineers shall not be subject to the requirements of this Consent Decree. Subject to the Adaptive Management provisions of Paragraph 43 of the Consent Decree, the City shall construct all other components of the interceptor, by December 31, 2028. The City shall meet the deadlines in this paragraph regardless of whether the Consent Decree has been entered by the Court and once the Consent Decree has been entered, shall be subject to stipulated penalties if it failed to meet the deadline.

| 3. Implementation of the Revised Targeted Dry-Weather SSO Corrective Action Plan, dated June 2024 |
|---|
| Cahokia Heights shall complete implementation of the remaining actions required under the June 2024 Revised Targeted Dry-Weather SSO Corrective Action Plan, pursuant to the approved schedule. The June 2024 Revised Targeted Dry-Weather SSO Corrective Action Plan is included as Attachment 1 to this Appendix. |

| 4. Other Projects | | | | | |
|---|---|---|---|---|---|
| Sewer projects in Cahokia Heights implemented by other parties and included as information only. | | | | | |
| Project type | Location | Project Summary | Completion date | Estimated Cost | Funding source(s) |
| Clean, TV, CIPP Lining | Levin Drive to Jerome & Mousette Ln | US Army Corps of Engineers | 6/1/2025 | $ 5,500,000.00 | Federal Congressional Spending Request, City, IEPA |