IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    and

THE STATE OF ILLINOIS,

        Plaintiffs,

    v.

CITY OF CAHOKIA HEIGHTS, ILLINOIS,

        Defendant.

**CONSENT DECREE**

**APPENDIX E**

# Appendix E

## Phased Monitoring Program Requirements

I. Purpose

The purpose of the Phased Monitoring Program ("PMP") is to determine whether the projects constructed and rehabilitation work performed have eliminated SSOs in the Cahokia Heights Sewer System.

II. Phase 1 Monitoring Program

  A. Upon completion of all measures set forth in Paragraphs 18 (Targeted Dry-Weather SSO Corrective Action Plan), 19 (Early Action Capital Improvement Projects), and 29 (Implementation of Phase 1 Sewer Condition Rehabilitation Plan) of the Consent Decree, the City shall carry out rainfall, flow, and SSO monitoring for a 12-month monitoring period. The rainfall and SSO monitoring plan is described below:

   1. The City shall monitor rainfall at a minimum of one location using automatic rain gauges, consistent with then-current industry practice.

   2. The City shall monitor water surface elevation and flow using area/velocity flowmeters at the locations approved as part of the Chronic SSO Advanced Monitoring Program (Appendix C).

   3. The City shall carry out the above monitoring in accordance with then-current industry practices, including industry practice meter maintenance, data review and quality assurance procedures.

   4. The City shall monitor and record the date, time, cause, and location of all SSOs observed by City staff or reported to the City.

  B. Phase 1 Monitoring Report. Within 60 days after completion of the 12-month monitoring period (Section II.A, above), the City shall submit to EPA for review and approval, after consultation with the State, a Phase 1 Monitoring Report, which shall:

   1. demonstrate that the City completed all of the requirements of the Phase 1 Monitoring Program;

   2. summarize the data collected during the entirety of the Phase 1 monitoring period and include any new data relevant to the evaluation that the City did not previously submit to EPA or IEPA;

   3. evaluate whether the Phase 1 rehabilitation measures implemented pursuant to the Consent Decree collectively have successfully eliminated SSOs;

   4. if monitoring results show that Phase 1 measures required by Paragraphs 18, 19, and 29 have not successfully eliminated SSOs, the City shall identify, for each observed or reported SSO, the cause as either 1) sewer capacity constraints; 2) sewer condition issues; or 3) operations and maintenance issues;

5. include legible map(s) and schematics depicting the locations of sewer capacity constraints, within each Sewer Subdistrict; and

6. if monitoring results show that Phase 1 actions required by Paragraphs 18, 19, and 29 have not successfully eliminated capacity-related SSOs, the City shall develop and implement a Phase 2 Sewer Condition and Capacity Assessment and Remediation Program pursuant to Section VI.D of the Consent Decree.

III. Phase 2 Monitoring Program

A. Within 30 days of fully constructing and implementing the Sewer Condition and Capacity Assessment and Remediation Program pursuant to Paragraphs 33 (Implementation of Sewer Capacity Rehabilitation Plan) and 37 (Implementation of Phase 2 Sewer Condition Rehabilitation Plan) of the Consent Decree, the City shall carry out rainfall, flow, and SSO monitoring for a 24-month monitoring period, pursuant to the requirements in Section II.A.1-4, above.

B. <u>Phase 2 Monitoring Report.</u> Within 60 days of completing Phase 2 Monitoring pursuant to Section III.A. above, the City shall submit to EPA for review and approval, after consultation with the State, a Phase 2 Monitoring Report, which shall:

1. demonstrate that the City completed all of the requirements of the Phase 2 Monitoring Program;

2. summarize the data collected during the entirety of the Phase 2 monitoring period and include any new data relevant to the evaluation that the City did not previously submit to EPA or IEPA;

3. evaluate whether the rehabilitation measures implemented pursuant to the Consent Decree collectively have successfully eliminated SSOs; and

4. if modelling, engineering evaluations, monitoring, or SSO reports indicate that rehabilitation measures have not successfully eliminated SSOs, the City shall identify the factors that may have limited the ability of the rehabilitation measures to achieve their intended performance. Thereafter, the City shall identify and describe in detail, including proposed schedules and milestones, all necessary and feasible corrective measures, alternative operating strategies and additional infrastructure and processes necessary to successfully eliminate SSOs.