IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    and

THE STATE OF ILLINOIS,

        Plaintiffs,

    v.

CITY OF CAHOKIA HEIGHTS, ILLINOIS,

        Defendant.

**CONSENT DECREE**

**APPENDIX G**

# Appendix G

## Capacity, Management, Operations and Maintenance Program

I. <u>CMOM Program Implementation</u>. The City shall implement the CMOM dated October 2022, approved by EPA on November 21, 2022.

II. <u>Sewer Overflow and Emergency Response Plan Requirements</u>.  The following additional requirements shall go into effect as set forth below:

   A. On the Effective Date, the following additional cleaning requirements shall apply. These requirements shall also be incorporated into the Routine SSO Procedure as described in Section II.C.3 of this Appendix.

   1. Within 24 hours of discovery or receipt of a customer complaint regarding an SSO, the City shall dispatch crews to determine the cause by evaluating the sewers in the area for surcharged conditions, using sewer cleaning equipment, internal closed circuit TV inspection, and other appropriate steps as described in Section IV.E and Appendix J of the CMOM. These requirements are in addition to the requirements of Appendix C of the CMOM.

   2. Responding staff shall take steps to contain, control, and clean up sewage in the affected area (including yards, ditches, receiving waters, etc.), as set forth in Appendix I to the CMOM. Cleanup shall include disinfection where appropriate as well as removal of solid waste, toilet paper, and any other debris from the SSO.

   3. Water and Sewer Department crews shall inspect SSO locations daily following the initial report or discovery until the SSO ceases.  Responding crews shall conduct daily cleanup and on-site disinfection of debris and residue, as needed, until the SSO ceases. Cleanup shall include disinfection where appropriate as well as removal of solid waste, toilet paper, and any other debris from the SSO.

   B. The following additional notification requirements shall apply beginning 90 Days after the Effective Date. These requirements shall also be incorporated into the Routine SSO Procedure as described in Section II.C.3 of this Appendix.

   1. In addition to the notification requirements in Section IV.F of the CMOM, the City shall contact residents in the area affected by any SSO by phone (where available) and door/mailbox flyers, in addition to signage, starting with the first day the SSO is reported, and concluding when the SSO is no longer occurring.

2. The City shall provide notice of any work being done on the Sewer System to any residents in the affected area, and to any other City residents who request to receive such notices, by email (where available), phone (where available), and door/mailbox flyers, in addition to signage. Notice shall include pertinent information, such as the dates the work is expected to begin and conclude, location, description of the work to be completed, and any road closures.

C. By April 1, 2025, and pursuant to the requirements below, the City shall submit to EPA for review and approval a Sewer Overflow and Emergency Response Plan ("SORP") that will establish timely and effective methods and means of responding to SSOs. In the first annual CMOM update that occurs after EPA approval, the City shall incorporate the SORP into the CMOM. At minimum, the SORP shall include and provide for the following:

1. The SORP shall include means by which the public can report SSOs to the City, including during evenings and weekends.

2. The SORP shall provide separate response procedures for routine ("Routine SSO Procedure") and catastrophic ("Emergency SSO Procedure") sewer emergencies. Routine emergencies include such situations as overflowing manholes, line breaks, localized electrical failure and lift station outages. Catastrophic emergencies include floods, tornados, or other natural events, serious chemical spills and widespread electrical failure. Both sets of procedures must minimize the environmental impact and potential human health risks of SSOs and shall include:

   i. Criteria to be used as the basis for immediately notifying the public and other impacted entities of an emergency situation caused by an SSO;
   ii. A detailed plan to ensure the preparedness, including response training, of City employees to implement the SORP in the event of an SSO;
   iii. Procedures used to train response personnel to document and report SSOs and response actions to City management, including estimation of SSO volumes and descriptions of where discharges from SSOs travel (e.g., surface waters or ditches, basement backups, ground, or absorbed into soil); and
   iv. Procedures for emergency bypass or pump-around strategies at lift stations and sewer breaks.

3. The Routine SSO Procedure shall include:

   i. A detailed description of all applicable SSO response procedures required by the CMOM;
   ii. The additional cleaning and notification requirements listed in Sections II.A and II.B of this Appendix.

4. The Emergency SSO Procedure shall include:

   i. Standard operating procedures for use in emergency operations, including criteria

for initiating and ceasing emergency operations; identification and prioritization of the actions staff should take in the event of emergency situations (specific to the type of emergency that could occur); identification of appropriate repair equipment and sources thereof; and instructions on how to operate equipment and systems during an emergency when they are not functioning as intended but are not fully inoperable.
   ii. A determination of vulnerable areas and the effect of emergency-related failures on operations, equipment, public safety and health based upon topography, weather, sewer system size, and other site-specific factors;
   iii. A list identifying, by name, title, and telephone number, all public contacts, including local media outlets who must be contacted during an emergency situation;
   iv. A plan to notify the public of available emergency services and a list identifying, by name, title, and phone number, the City staff who the public should contact for assistance with sewage-related issues during catastrophic emergencies.

III. <u>Post-Early Action CMOM Update</u>. In addition to the annual CMOM updates required by Paragraph 41, the City shall update the CMOM after completion of Phase 1 Projects in Paragraphs 18, 19, and 29.

IV. The City shall implement the approved Operation and Maintenance Program, approved by IEPA on April 18, 2023, upon the Effective Date.