IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

   and

THE STATE OF ILLINOIS,

        Plaintiffs,

    v.

CITY OF CAHOKIA HEIGHTS, ILLINOIS,

        Defendant.

**CONSENT DECREE**

**APPENDIX H**

# Appendix H
# Consolidated Listing of Consent Decree Deliverables and Any
# Associated Work, and Reports[i]

### Table 1. Phase 1 Sewer System Early Actions – Schedule of Deliverables and Milestones

| Name of Deliverable or Milestone | Main Ref. in Consent Decree | Due Date for Deliverable or Milestone | Agencies to Receive Copies |
|---|---|---|---|
| Development of Public Participation Plan | Paragraph 15 | Within four months after Effective Date of Consent Decree | EPA and IEPA |
| Publication of schedule for sewer and stormwater-related meetings for following year | Paragraph 16 | Within three months after approval of the Public Participation Plan | |
| Implementation of the Targeted Dry-Weather SSO Corrective Action Plan | Paragraph 18 and Att. 1 to App. A | Implement in accordance with the requirements and schedule in Attachment 1 to Appendix A (Early-Action Projects) | NA |
| Implementation of Early Action Capital Improvement Projects | Paragraph 19 and App. A | Implement in accordance with the requirements and schedules in Appendix A (Early-Action Projects) | NA |
| Emergency Power for Lift Stations | Paragraph 20 | Mobile generators ordered on April 26, 2024. | NA |
| Implementation of Phase 1 Monitoring Program | Paragraph 21 and App. E | Implement upon completion of the Targeted Dry Weather SSO Corrective Action Plan and all Early Action Capital Improvement Projects | NA |
| Phase 1 Monitoring Report | App. E | Submit within 60 days after completion of the 12-month monitoring period conducted under Appendix E.II.B | EPA and IEPA |
| Sewer Cleaning | Paragraph 22 | For areas not covered by the Wet-Weather SSO Investigation Plan or Appendix A: December 31, 2036 | EPA and IEPA |
| Implementation of Wet-Weather SSO Investigation Plan | Paragraph 23 and App. B | Implement in accordance with the requirements and schedules in Appendix B (Wet-Weather SSO Investigation Plan) | NA |
| Sewer Mapping Program Plan | Paragraph 24 | Submit within six Months after the Effective Date. | EPA and IEPA |

| Name of Deliverable or Milestone | Main Ref. in Consent Decree | Due Date for Deliverable or Milestone | Agencies to Receive Copies |
|---|---|---|---|
| | | Fully implement within 5 years after EPA program approval | NA |
| Advanced Monitoring Program | Paragraph 25; App. C | Submit Chronic SSO List within 6 Months after the Effective Date | EPA and IEPA |
| | | Begin surcharge monitoring at all Chronic SSO locations within 6 months after approval of Chronic SSO list | |
| | | Update and submit Chronic SSO List one year after EPA approval of the Chronic SSO List and each year thereafter | |
| | | Submit Flow, Rainfall, and Groundwater Monitoring Program Plan within 12 Months after the Effective Date | |
| | | Implement the Flow, Rainfall, and Groundwater Monitoring Program Plan pursuant to the EPA-approved plan schedule | NA |
| Phase 1 Sewer Condition Assessment Report | Paragraph 26; App. D | Submit by December 31, 2029 | EPA and IEPA |
| Integration of Results of Sewer Condition Assessment Report into GIS Program | Paragraph 27 | Import results of Sewer Condition Assessment Report into Sewer System GIS system within 90 days of completing Report | NA |
| Phase 1 Sewer Condition Rehabilitation Plan | Paragraph 28; App. D | Submit by December 31, 2029 | EPA and IEPA |
| Implementation of Phase 1 Sewer Condition Rehabilitation Plan | Paragraph 29 | Implement in accordance with the EPA approved Phase 1 Sewer Condition Rehabilitation Plan schedule | NA |
| Reporting Completion of Early Action Projects, Sewer Cleaning, and Phase 1 Sewer Condition Rehabilitation | Paragraph 30 | Submit as part of the Semi-Annual Report due each January 31 and July 31 | EPA and IEPA |

**Table 2. Sewer System Management, Operations and Maintenance – Schedule of Deliverables and Milestones**

| Name of Deliverable or Milestone | Main Ref. in Consent Decree | Due Date for Deliverable or Milestone | Agencies to Receive Copies |
|---|---|---|---|
| Implementation of CMOM | Paragraph 41 and App. G | Implement upon the Effective Date | NA |
| Annual CMOM updates | Paragraph 41 and App. G | Submit first annual update no later than 12 Months after the Effective Date, and submit each subsequent update no later than 12 Months after the previous year's submittal | EPA and IEPA |
| Phase 1 CMOM Update | Paragraph 42 and App. G | Submit in first CMOM update after completion of Phase 1 work completed pursuant to Paragraphs 18, 19, and 29 | EPA and IEPA |
| Sewer Overflow Response Plan | App. G | Submit by April 1, 2025 and implement upon approval | EPA and IEPA |
| Private Lateral Program | Paragraph 43 | Submit plan no later than 36 Months after completion of the Phase 1 Monitoring Plan | EPA and IEPA |
| Illinois Environmental Project | Paragraph 45 | Complete by December 31, 2026. | |

---

[i] This Appendix is provided for the convenience of the Parties and is intended by the Parties for use as a reference document. In the event of any discrepancy between the provisions of Sections VI (Compliance Requirements) and X (Reporting Requirements) and this Appendix, the provisions of Sections VI (Compliance Requirements) X (Reporting Requirements) of the Consent Decree shall control.