## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>and<br><br>THE STATE OF ILLINOIS,<br><br>         Plaintiffs,<br><br>vs.<br><br>CITY OF CAHOKIA HEIGHTS, ILLINOIS,<br><br>         Defendant. | CIVIL ACTION NO. 3:24-cv-02591<br><br><br><br>**MOTION FOR PRO HAC VICE ADMISSION** |

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Defendant City of Cahokia Heights, Illinois.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Ohio and Kentucky. The state and federal bar numbers issued to me are: Ohio - 0085536, Kentucky - 0094779.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Respectfully submitted,

*/s/ Erica M. Spitzig*
Erica M. Spitzig
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Tel: (513) 381-2838
espitzig@taftlaw.com