# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| USA, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 24-2591-DWD |
| -vs- ) | |
| ) | |
| CITY OF CAHOKIA HEIGHTS ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

NOW COMES Kwame Raoul, Attorney General of the State of Illinois, by Caitlin Kelly, Assistant Attorney General, State of Illinois, and hereby enters her appearance as counsel on behalf of Plaintiff, STATE OF ILLINOIS, in the above cause.

                            Respectfully submitted,

                            STATE OF ILLINOIS,

                                Plaintiff,

| | |
|---|---|
| Caitlin Kelly, #6340850 | |
| Assistant Attorney General | KWAME RAOUL, Attorney General, |
| 69 W. Washington St. Ste. 1800 | State of Illinois, |
| Chicago, IL 60602 | |
| (312) 415-7164 Phone | Attorney for Plaintiff, |
| (312) 814-2347 Fax | |
| Email: Caitlin.Kelly@ilag.gov | By: s/ Caitlin Kelly_____ |
| & EBS@ilag.gov | Caitlin Kelly, #6340850 |
| | Assistant Attorney General |

Case No. 24-2591-DWD                                                  Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| USA, et al., | ) |
| | ) |
|    Plaintiff, | ) |
| | )    No. 24-2591-DWD |
| -vs- | ) |
| | ) |
| CITY OF CAHOKIA HEIGHTS | ) |
| | ) |
|    Defendants. | ) |

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on January 17, 2025, the foregoing document, ***Notice of Appearance***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Erica Spitzig        Espitzig@taftlaw.com

and I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, to the following non-registered participant:

        None

        Respectfully submitted,

        By: <u>s/ Caitlin Kelly_____</u>
           Caitlin Kelly, #6340850
           Assistant Attorney General
           69 W. Washington St. Ste. 1800
           Chicago, IL 60602
           (312) 415-7164 Phone
           (312) 814-2347 Fax
           Email: Caitlin.Kelly@ilag.gov
             & EBS@ilag.gov