IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    and                                        Civil Action No. 3:24-cv-2591-DWD

THE STATE OF ILLINOIS,

                Plaintiffs,

    v.

CITY OF CAHOKIA HEIGHTS, ILLINOIS,

                Defendant.

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

Pursuant to Local Rule 83.1(h), the United States requests that the Court terminate the appearance of Lauren Matosziuk as counsel for the United States, as she has left the Department of Justice. Lauren Grady remains as lead counsel for the United States in this case.

                              Respectfully submitted,

                              */s/ Lauren D. Grady*
                              Lauren D. Grady
                              Trial Attorney
                              Environmental Enforcement Section
                              Environment and Natural Resources Division
                              U.S. Department of Justice
                              Washington, DC 20044-7611
                              (202) 514-2794
                              ARDC # 6315393